STATE *v.* PICKETT.

STATE v. OSCAR PICKETT.

Where a defendant, convicted of larceny, escaped pending the appeal, the appeal will not be dismissed, but will be continued, to be called up for argument either by the prisoner or the State, when he shall be re-taken

(*State* v. *McMillan*, at this Term, cited and approved.)

MOTION by the Attorney General to dismiss the appeal, heard at February Term, 1886, of the Supreme Court.

The defendant was convicted at January Term, 1884, of the Superior Court of ROBESON county, before *MacRae, Judge*, of the crime of larceny, and pending his appeal, escaped from custody.

The appeal was continued from Term to Term in this Court, until the February Term, 1886, when the State moved to dismiss it.

*Attorney General*, for the State.
*Mr. John D. Shaw*, for the defendant.

STATE v. BROCKSVILLE.

MERRIMON, J.   For the purpose of the motion to dismiss this appeal, this case is in all material respects like that of *State* v. *McMillan*, decided at this Term, except that the appellant here was convicted of the crime of larceny.   We think that what we said in that case, applies to, and embraces one like this.   The motion to dismiss the appeal must therefore be denied.

Motion denied.